# UNITED STATES DISTRICT COURT
## District of Minnesota

Elmer Omar Sanchez Erazo,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1412 (LMP/DLM)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Elmer Omar S. E.’s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;
2. The Government is **ORDERED** to return Elmer Omar S. E. to Minnesota from Texas by no later than **5:00 p.m. on Wednesday, February 25, 2026**;
3. After returning Elmer Omar S. E. to Minnesota, the Government is **ORDERED** immediately to release Elmer Omar S. E. from custody, without conditions and with all personal property; and
4. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than **5:00 p.m. on Thursday, February 26, 2026**.

Date: 2/20/2026

KATE M. FOGARTY, CLERK